MARK L. POPE #182769
Assistant United States Trustee
GREGORY S. POWELL #182199
ROBIN TUBESING #26680-49 [Indiana]
United States Department of Justice
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, California 93721
Telephone: (559) 487-5002
Telecopier: (559) 487-5030

Attorneys for August B. Landis,
Acting United States Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re:

TAMMY LYNN ALLISON,

                Debtor.

Case No. 11-62109-B-7
Chapter 7

**UNITED STATES TRUSTEE'S STATEMENT OF PRESUMED ABUSE PURSUANT TO 11 U.S.C. § 704(b)(1)(A)**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT
AND ALL CREDITORS:

      The United States Trustee has reviewed all materials filed by the debtor and determined that the debtor's case is presumed to be an abuse under 11 U.S.C. § 707(b).

Dated: December 19, 2011

Respectfully submitted,
Mark L. Pope
Assistant United States Trustee

By: /S/ Robin Tubesing
        Robin Tubesing

Attorney for August B. Landis,
Acting United States Trustee
Direct phone: 559-487-5002 x224
E-mail: robin.tubesing@usdoj.gov

- 1 -