```
                              United States Bankruptcy Court
                              Eastern District of California
In re:                                                              Case No. 11-62109-B
Tammy Lynn Allison                                                  Chapter 7
        Debtor                     CERTIFICATE OF NOTICE

District/off: 0972-1           User: admin              Page 1 of 2            Date Rcvd: Dec 23, 2011
                               Form ID: L150            Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2011.
db         +Tammy Lynn Allison,    3000 Dogwood Court,    Firebauch, CA 93622-4427
aty        +Richard E. Dwyer,    800 W El Camino Real #180,    Mountain View, CA 94040-2586
tr         +Robert A. Hawkins,    1849 N Helm #110,    Fresno, CA 93727-1624
19288594    AMERICAN EXPRESS,    P O Box 360001,    Fort Lauderdale FL 33336-0001
19288595   +BAC HOME LOANS SERV LP,    450 AMERICAN ST SV,    SIMI VALLEY CA 93065-6285
19288597   +BANK OF AMERICA,    9000 SOUTHSIDE BLV BLDG 600 FL9-600-0,    JACKSONVILLE FL 32256-0789
19288598    BARCLAYCARD,    PO Box 8801,    Wilmington DE 19899-8801
19288599    CALIFORNIA FRANCHISE BOARD,    PO Box 942840,    Sacramento CA 94240-0040
19288600   +CAPITAL ONE BANK USA NA,    PO Box 30281,    Salt Lake City UT 84130-0281
19288601   +CHASE BANK ONE CARD SERV,    P O Box 15298,    Wilmington DE 19850-5298
19288602    CITI,   PO Box 6500,    Sioux Falls SD 57117-6500
19288604   +COAST HILLS FCU,    PO BOX 5641,    LOMPOC CA 93437-0641
19288603  ++COASTHILLS FEDERAL CREDIT UNION,    P O BOX 200,    LOMPOC CALIFORNIA 93438-0200
             (address filed with court: COAST HILLS FCU,    PO BOX 200,    LOMPOC CA 93438)
19288605   +COFACE COLLECTIONS NORTH AMERICA INC,     3001 Division Street,    Metairie LA 70002-5855
19288607   +GC SERVICES LP,    P O Box 2667,    Houston TX 77252-2667
19288608   +HSBC,   PO BOX 5253,    CAROL STREAM IL 60197-5253
19288611   +IQOR INC,    335 Madison Ave 27th Fl,    New York NY 10017-4653
19288612   +NATIONWIDE CREDIT INC,    2002 Summit Boulevard Suite 600,    Atlanta GA 30319-1559
19288613   +NCO FINANCIAL SYSTEMS,    507 Prudential Road,    Horsham PA 19044-2368
19288614    PHILLIPS COHEN ASSOCIATES,    695 Rancocas Road,    Westampton NJ 08060-5626
19288615   +Richard Dwyer,    800 W El Camino Real Suite 180,    Mountain View CA 94040-2586
19288616   +UNITED COLLECTIONS BUREAU,    5620 Southwyck Blvd Ste 206,    Toledo OH 43614-1501
19288618    WELLS FARGO,    PO BOX 5943,    SIOUX FALLS SD 57117-5943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19288606      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 24 2011 03:32:25      DISCOVER,    P O Box 6103,
               Carol Stream IL 60197-6103
19288609      E-mail/Text: Bankruptcy@icsystem.com Dec 24 2011 03:23:51      IC SYSTEMS INC,
               444 Highway 96 Eas,    St Pau MN 55127-2557
19288610      E-mail/Text: cio.bncmail@irs.gov Dec 24 2011 03:02:06      INTERNAL REVENUE SERVICE,
               Fresno CA 93888
19288619     +E-mail/Text: BKRMailOps@weltman.com Dec 24 2011 03:23:58      WELTMAN WEINBERG REIS,
               965 Keynote Circle,    Brooklyn Heights OH 44131-1829
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19288596    ##+BANK OF AMERICA,    PO BOX 17054,    Wilmington DE 19850-7054
19288617     ##US BANK,    P O Box 6344,    Fargo ND 58125-6344
                                                                                     TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 25, 2011                    Signature:    */s/ Joseph Speetjens*



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721-1318

(559) 499-5800
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**12/23/11**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

# NOTICE OF TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO APPEAR AT §341(a) MEETING OF CREDITORS AND MOTION TO EXTEND THE DEADLINES FOR FILING OBJECTIONS TO DISCHARGE AND MOTIONS TO DISMISS

Case Number: 11-62109 - B - 7      Docket Control Number: RHT-1

Debtor Name(s) and Address(es):
Tammy Lynn Allison
3000 Dogwood Court
Firebauch, CA 93622

*Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.*

**NOTICE IS HEREBY GIVEN** that the chapter 7 trustee in this case has filed a motion to dismiss the case on the grounds that Tammy Lynn Allison , the debtor(s), failed to appear at the meeting of creditors held on December 22, 2011.

The debtor or any other party in interest who does not want the case dismissed must file and serve an opposition to the trustee's motion **no later than 14 days before the hearing date**. In the absence of a timely opposition, no hearing will be held and the case will be dismissed. *Note: we have enclosed the two documents that will help you file and serve the opposition: "Notice of Hearing and Opposition on Trustee's Motion to Dismiss for Failure to Appear at §341(a) Meeting of Creditors" and a Certificate of Mailing.*

If a timely opposition is filed to the trustee's motion, the court will consider the dismissal of the case at a hearing on February 2, 2012 at 10:00 a.m. in Fresno Courtroom 12, Department B of the U.S. Bankruptcy Court, at the address shown above.

If the court is persuaded not to dismiss the case, the meeting of creditors will be held on 2/16/12 at 12:00 PM at Robert E. Coyle United States Courthouse, 2500 Tulare Street, Room 1450, 1st Floor, Fresno, CA.

**NOTICE IS FURTHER GIVEN** that if the court decides not to dismiss the case, it may attach conditions, such as to extend deadlines for parties to file actions under 11 U.S.C. §523, §707(b) and §727.

*Important Notes:*
1. The opposition must be filed with the Clerk of the U.S. Bankruptcy Court at the address shown above not later than 14 days before the hearing date.
2. The opposition must also be mailed to the Chapter 7 Trustee, the U.S. Trustee, the debtor and the debtor's attorney 14 days before your scheduled hearing with the court. Their addresses can be found in the enclosed Certificate of Mailing.
3. If you have submitted your opposition, you or your attorney must appear at the court hearing scheduled above.

Dated: 12/23/11

Robert A. Hawkins, Trustee
1849 N Helm #110
Fresno, CA 93727

Filer's Name: _____

Address: _____

_____

Phone: _____

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721-1318

| | |
|---|---|
| In re | Case Number: 11-62109 - B - 7 |
| Tammy Lynn Allison | Docket Control No: RHT-1 |
| Debtor(s). | **NOTICE OF HEARING AND OPPOSITION ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO APPEAR AT §341(a) MEETING OF CREDITORS AND MOTION TO EXTEND THE DEADLINES FOR FILING OBJECTIONS TO DISCHARGE AND MOTIONS TO DISMISS** |

TO THE TRUSTEE, THE UNITED STATES TRUSTEE, THE DEBTOR(S), AND THE ATTORNEY FOR THE DEBTOR(S), IF APPLICABLE:

**YOU ARE HEREBY NOTIFIED** that on February 2, 2012 at 10:00 a.m. in Fresno Courtroom 12, Department B of the U.S. Bankruptcy Court, at the address shown above there will be a hearing on the Trustee's Motion to Dismiss For Failure to Appear at §341(a) Meeting of Creditors.
This motion is opposed by _____,
who is a _____ (type of party - debtor, creditor, other party in interest)
in this case. Opposition is based on the following: (State all the reasons this case should not be dismissed. If this Notice of Hearing and Opposition is filed by the debtor(s), include the reason(s) you failed to appear at the meeting. Attach additional pages, if necessary.)

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: _____    Signed: _____

**Instructions:** To request a hearing on the Trustee's Motion, a completed, originally signed Notice of Hearing and Opposition with any additional pages attached must be filed with the Clerk of Court at the address shown above not later than 14 days before the hearing date, and copies must be received by the Trustee and the United States Trustee not later than 14 days before the hearing date. If the completed Notice of Hearing and Opposition is filed by a party other than the absent debtor(s), copies of the completed Notice of Hearing and Opposition with any additional pages attached must also be received by the debtor(s) and, if represented by legal counsel, by the attorney for the debtor(s) not later than 14 days before the hearing date.

In re: Tammy Lynn Allison     Case number: 11-62109 - B - 7

# CERTIFICATE OF MAILING

I, _____, hereby certify that a copy of the Notice of Hearing and Opposition on Trustee's Motion to Dismiss For Failure to Appear at §341(a) Meeting of Creditors and Motion to Extend the Deadlines for Filing Objections to Discharge and Motions to Dismiss and the additional pages, if any, to which this certificate is attached was(were) mailed today to the following entities at the address shown below:

Robert A. Hawkins
1849 N Helm #110
Fresno, CA 93727

Office of the U.S. Trustee
Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 1401, Fresno, CA 93721

If I am a party other than the debtor or joint debtor, I further certify that a copy of the Notice of Hearing and Opposition on Trustee's Motion to Dismiss For Failure to Appear at §341(a) Meeting of Creditors and Motion to Extend the Deadlines for Filing Objections to Discharge and Motions to Dismiss and the additional pages, if any, to which this certificate is attached was(were) additionally mailed today to the debtor(s) and, if represented by legal counsel, to the attorney for the debtor(s) at the address shown below:

Tammy Lynn Allison
3000 Dogwood Court
Firebauch, CA 93622

Richard E. Dwyer
800 W El Camino Real #180
Mountain View, CA 94040

Dated: _____

Signed: _____
Printed Name: _____
Address: _____
_____
_____

**Complete this Certificate of Mailing and attach it to the originally signed Notice of Hearing and Opposition on Trustee's Motion to Dismiss For Failure to Appear at §341(a) Meeting of Creditors and Motion to Extend the Deadlines for Filing Objections to Discharge and Motions to Dismiss you file with the Clerk of Court.**